# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAMONA N. YOUNG ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 1:15-cv-3752-AT |
| vs. ) | |
| ) | |
| WEST GEORGIA DENTAL, P.C., ) | |
| a Georgia Corporation, and JOSE ) | |
| NAPENAS, Individual, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable, consistent with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982.) This Court thereby orders that the above-styled action be **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the case.

This the 5th day of January, 2016.

_____
Honorable Amy Totenberg
United States District Court